

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00404-CV

**IN THE INTEREST OF D.T.C.L**. and B.J.K., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00985
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 28, 2015.

_____
Rebeca C. Martinez, Justice